**Order entered July 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01416-CR
### No. 05-17-01417-CR

**BERRY RAY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 16-60034-86-F & 17-00260-86-F**

## ORDER

We **REINSTATE** these appeals.

We abated these appeals for a hearing to determine why appellant's brief had not been filed. The trial court held a hearing and made findings. We **ADOPT** the trial court's findings that appellant desires to prosecute these appeals. We **ORDER** appellant's brief filed on or before **July 31, 2018.**

If appellant's brief is not file by the date specified, the Court will utilize the remedies available to it, which may include ordering that John Daniel Oliphant Jr. be removed as appellant's appointed attorney without further notice and ordering the trial court to appoint new counsel to represent appellant on appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court; John Daniel Oliphant, Jr.; and the Kaufman County District Attorney's Office.

.

/s/    CRAIG STODDART
        JUSTICE